Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

**Derek M. Schwahn**
D 404.885.3124
derek.schwahn@troutman.com

February 18, 2025

**VIA CM/ECF SYSTEM**

Honorable Steven D. Grimberg
ATTN: Courtroom Deputy Danielle Brye
1701 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

**Re:   In RE Geico Customer Data Breach Litigation**
       **Case No. 1:25-cv-00628-SEG-CMS, United States District Court, NDGa**

Dear Ms. Brye:

I am lead counsel for respondent LexisNexis Risk Solutions Inc., in the above–referenced action. Pursuant to Civil Local Rule 83.1E(4) of the Local Rules for the United States District Court for the Northern District of Georgia, I write to request a leave of absence for the following period when I will be out of office:

**February 24 – March 10**.

I respectfully request that no matters be calendared during my period of absence.

Sincerely,

*/s/ Derek M. Schwahn*
Derek M. Schwahn

February 18, 2025
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **Notice of Leave of Absence** with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Derek M. Schwahn*
Derek M. Schwahn
Georgia Bar No. 910299